LUIS J. ROJAS, ESQ.
Nevada Bar No. 5107
STEIN & ROJAS
520 South Fourth Street
Las Vegas, Nevada 89101
(702) 384-5563
Attorney for Defendant
Kolio Sevov

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 2:11-cr-00367-GMN-CWH |
| vs. | ) |
| | ) |
| | ) **ORDER** |
| KOLIO SEVOV, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## FINDINGS OF FACT

Based upon the pending Stipulation of the parties and good cause appearing therefore, the Court finds that:

IT IS THEREFORE that the sentencing hearing for Kolio Sevov currently scheduled for December 14, 2012 at 3:00 p.m., be vacated and continued to _January 31, 2013, at 9:30 a.m._

DATED this 10th day of December, 2012.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE