Ben Nadig, Esq.
Nevada State Bar No. 9876
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
P: (702) 545-7592
F: (702) 629-5764
*Attorney for Annette Manzo*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>          Plaintiff,<br><br>  vs.<br><br>ANNETTE MANZO,<br><br>          Defendant. | Case No.: 2:11-CR-00367-GMN-CWH<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING DATE** |

## **ORDER**

IT IS THEREFORE ORDERED that the sentencing scheduled December 14, 2012 at 2:30 p.m. be vacated and continued to  January 31  , 2013, at  10  a.m. for sentencing.

DATED this 12th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE